```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04180
    ALECIA J KNIGHTEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4079


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/14/2006 and was confirmed 06/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  45.00%.

     The case was dismissed after confirmation 03/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED NOT I        .00            .00            .00
FAIRFIELD RESORTS INC      SECURED NOT I   10808.88            .00            .00
HOMEQ SERVICING            SECURED          2450.77            .00         449.35
PRINCE PARKER & ASSOC      NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO BANK           CURRENT MORTG       .00             .00       16699.31
WELLS FARGO BANK           MORTGAGE ARRE   5739.14             .00        5739.14
CODILIS & ASSOCIATES ^     NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY    NOT FILED            .00            .00
APRIA HEALTHCARE INC       UNSECURED      NOT FILED            .00            .00
CAVALRY INVESTMENTS        UNSECURED       21293.94            .00         927.55
KEVIN M KELLY              NOTICE ONLY    NOT FILED            .00            .00
AT & T WIRELESS            UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    NOTICE ONLY    NOT FILED            .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY    NOT FILED            .00            .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY    NOT FILED            .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED      NOT FILED            .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED            .00            .00
I C COLLECTION SERVICE     UNSECURED      NOT FILED            .00            .00
NORTHWESTERN MEDICAL FAC   NOTICE ONLY    NOT FILED            .00            .00
I C COLLECTION SERVICE     UNSECURED      NOT FILED            .00            .00
LOYOLA UNIVERSITY OF CHI   UNSECURED      NOT FILED            .00            .00
TAMARACK RESORT            UNSECURED        1960.40            .00          85.39
METRO REHAB                UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1652.04            .00          71.96
HARRIS & HARRIS            NOTICE ONLY    NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1060.62            .00          46.20
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY    NOT FILED            .00            .00
UNITED COLLECTION BUREAU   UNSECURED         121.00            .00            .00
SOUTH SHORE EMERGENCY PH   NOTICE ONLY    NOT FILED            .00            .00
UNIVERSITY OF CHICAGO HO   UNSECURED         871.44            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          50.00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 04180 ALECIA J KNIGHTEN
```

```
LEDFORD & WU              DEBTOR ATTY    1,593.30                       1,593.30
TOM VAUGHN                TRUSTEE                                       1,387.80
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 27,000.00

PRIORITY                                                 .00
SECURED                                            22,887.80
UNSECURED                                           1,131.10
ADMINISTRATIVE                                      1,593.30
TRUSTEE COMPENSATION                                1,387.80
DEBTOR REFUND                                            .00
                        ---------------        ---------------
TOTALS                  27,000.00                  27,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE